O
JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUZANNA SHAMOYAN and NUBAR NALBANDYAN,<br><br>        Plaintiffs,<br>   v.<br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al.,<br><br>        Defendants. | Case No. 2:12-cv-02580-ODW(SSx)<br><br>**ORDER DISMISSING CASE** |

On May 29, 2012, the Court sua sponte dismissed Plaintiffs' Complaint for lack of subject-matter jurisdiction and granted Plaintiffs 30 days leave to amend. (ECF No. 7.) The 30 days allotted to Plaintiffs expired on June 28, 2012, and the Court has received neither an amended complaint nor anything that could be construed as a request for a continuance. The Court therefore **DISMISSES** this action.

**IT IS SO ORDERED.**

July 26, 2012

_____
**OTIS D. WRIGHT, II**
UNITED STATES DISTRICT JUDGE